UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DOUG SHEPPARD,

    Plaintiff,

v.                                  Case No.: 8:09-cv-1879-T-33TBM

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION,

    Defendant.
_____/

## ORDER

Plaintiff's Notice of Voluntary Dismissal (Doc. 18) is before the Court for consideration. Plaintiff seeks an Order dismissing this case it with prejudice, with each party to bear their respective attorney's fees and costs.

Accordingly, it is

**ORDERED**, **ADJUDGED** and **DECREED** that:

This case is **DISMISSED** with prejudice. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>21st</u> day of October 2009.

                                            VIRGINIA M. HERNANDEZ COVINGTON
                                            UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record